# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | MAGISTRATE JUDGE STEVEN L. TISCIONE |
| **DATE:** | October 23, 2020 |
| **TIME:** | 12:30 P.M. |
| **DOCKET NUMBER(S):** | CV-20-1505 (DRH) |
| **NAME OF CASE(S):** | CARS IN MOTION, LLC V. MOTORING COMPANY OF THE HAMPTONS LLC ET. AL. |
| **FOR PLAINTIFF(S):** | Silverberg |
| **FOR DEFENDANT(S):** | Kern |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 11/20/20;

Completion of Phase I discovery - 12/18/20;

Deadline for motions to join new parties or amend pleadings - 1/20/21;

First requests for production of documents and interrogatories due by - 2/4/21;

All fact discovery to be completed by 5/21/21;

Exchange of expert reports - 6/21/21;

Expert depositions completed by - 7/21/21;

All discovery completed by - 7/23/21;

Final date to take first step in dispositive motion practice - 8/23/21.

At the request of the parties, the case will be referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8. Mediation shall be completed by January 8, 2021. Parties shall file a joint status report by January 15, 2021.